

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00418-CR

Antrail Jadaveonte Le **MUNERLYN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR3931W
Honorable Lori I. Valenzuela, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 17, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice